# Exhibit B

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| ASHENAZI LEGESSE<br>100 Schuyler Road, Apartment 103<br>Silver Spring, Maryland 20901<br><br>        Plaintiff<br><br>v.<br><br>RITE AID CORP., et al.<br>30 Hunter Lane<br>Camp Hill, Pennsylvania 17011<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 06-0001186<br>Judge Russell F. Canan<br>Initial Conference:<br>9:30 a.m., Friday, May 26, 2006 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

The Defendant, Rite Aid Corporation (incorrectly identified in Plaintiff's Complaint as "Rite Aid Washington, D.C."), hereby gives notice, pursuant to 28 U.S.C. § 1446(d), of the filing of the Notice of Removal that was filed March 15, 2006, removing this action from this Court to the United States District Court for the District of Columbia. A copy of the Notice of Removal filed in the federal court is attached hereto as Exhibit A.

Respectfully submitted,

/Barbara L. Johnson/ (D.C. Bar # 480189)
Courtney Mueller (D.C. Bar # 489134)
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for the Defendant
Rite Aid Corporation

Dated: March 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that one this 16th day of March, 2006, a copy of the foregoing Notice of Removal was served via UPS delivery to:

>Nigel L. Scott
>Scott & Yallery-Arthur
>7306 Georgia Avenue, N.W.
>Washington, D.C. 20012
>(202) 882-5770
>(202) 722-0040 (facsimile)
>
>Counsel for Plaintiff

_____
Barbara L. Johnson