IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE,<br><br>        Plaintiff<br><br>v.<br><br>RITE AID CORP., et al.,<br><br>        Defendants. | Civil Action No.: |

## DEFENDANT'S RULE 7.1 FINANCIAL DISCLOSURE STATEMENT

    I, the undersigned, counsel of record for Rite Aid Corporation certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Rite Aid Corporation which have any outstanding securities in the hands of the public.

    This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Barbara L. Johnson (D.C. Bar # 480189)
Courtney Mueller (D.C. Bar # 489134)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendant
Rite Aid Corporation

Dated: March 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2006, a copy of the foregoing Notice of Removal was served via UPS delivery to:

> Nigel L. Scott
> Scott & Yallery-Arthur
> 7306 Georgia Avenue, N.W.
> Washington, D.C. 20012
> (202) 882-5770
> (202) 722-0040 (facsimile)

Counsel for Plaintiff

_____
Barbara L. Johnson