A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ASHENAZI LEGESSE

|                          |   |              |
|--------------------------|---|--------------|
| Plaintiff(s)             | ) | **APPEARANCE** |
|                          | ) |              |
|                          | ) |              |
| vs.                      | ) | CASE NUMBER  _____ |
| RITE AID CORP., et al.   | ) |              |
|                          | ) |              |
| Defendant(s)             | ) |              |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Barbara L. Johnson  as counsel in this
(Attorney's Name)

case for:  Rite Aid Corporation
(Name of party or parties)

March 15, 2006
Date

DC Bar #480189
BAR IDENTIFICATION

Signature

Barbara L. Johnson
Print Name

875 15th Street, N.W.
Address

Washington, D.C.  20005
City          State          Zip Code

(202) 551-1700
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2006, a copy of the foregoing Notice of

Appearance was served via UPS delivery to:

>Nigel L. Scott
>Scott & Yallery-Arthur
>7306 Georgia Avenue, N.W.
>Washington, D.C. 20012
>(202) 882-5770
>(202) 722-0040 (facsimile)

>Counsel for Plaintiff

Courtney Mueller

LEGAL_US_E # 70632018.1