AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ASHENAZI LEGESSE

      Plaintiff(s)      )   **APPEARANCE**

      vs.      )   CASE NUMBER _____

RITE AID CORP., et al.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Courtney Mueller  as counsel in this
              (Attorney's Name)

case for: Rite Aid Corporation
      (Name of party or parties)

March 15, 2006
Date

*/s/ Courtney Mueller*
Signature

Courtney Mueller
Print Name

DC Bar #489134
BAR IDENTIFICATION

875 15th Street, N.W.
Address

Washington, D.C.  20005
City    State    Zip Code

(202) 551-1700
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2006, a copy of the foregoing Notice of Appearance was served via UPS delivery to:

> Nigel L. Scott
> Scott & Yallery-Arthur
> 7306 Georgia Avenue, N.W.
> Washington, D.C. 20012
> (202) 882-5770
> (202) 722-0040 (facsimile)
>
> Counsel for Plaintiff

*/s/ Courtney Mueller*
Courtney Mueller