

FILED
MAR 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE,<br><br>      Plaintiff<br><br>v.<br><br>RITE AID CORP., et al.<br><br>      Defendants. | CASE NUMBER 1:06CV00495<br>JUDGE: Royce C. Lamberth<br>DECK TYPE: Personal Injury/Malpractice<br>DATE STAMP: 03/16/2006<br><br>JURY ACTION |

**NOTICE OF FILING CD-ROM**

Defendant Rite Aid Corporation hereby files its Notice of Filing CD-ROM. The CD-ROM attached hereto contains the following documents in PDF format:

- Civil Cover Sheet
- Notice of Removal
- Exhibit A
- Exhibit B
- Defendant's Rule 7.1 Financial Disclosure Statement
- Notice of Appearance (Barbara L. Johnson)
- Notice of Appearance (Courtney Mueller)

Respectfully submitted,

*/s/ Barbara L. Johnson*

Barbara L. Johnson (D.C. Bar # 480189)
Courtney Mueller (D.C. Bar # 489134)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendant
Rite Aid Corporation

Dated: March 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2006, a copy of the foregoing Notice of Filing CD-ROM was served via UPS delivery to:

> Nigel L. Scott
> Scott & Yallery-Arthur
> 7306 Georgia Avenue, N.W.
> Washington, D.C. 20012
> (202) 882-5770
> (202) 722-0040 (facsimile)
>
> Counsel for Plaintiff

*Barbara L. Johnson*

Barbara L. Johnson

LEGAL_US_E # 70631323.1