IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-00495 |
| ) | |
| RITE AID CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**<u>ORDER</u>**

    This matter comes before this Court on the Motion of the Defendant, Rite Aid Corporation. Having considered Defendant Rite Aid's Motion to Dismiss Plaintiff Legesse's Complaint and Supporting Memorandum of Law, and the Plaintiff's Opposition thereto, this Court hereby GRANTS the Motion to Dismiss this action WITH PREJUDICE and further ORDERS that each party is to bear its own costs and attorneys' fees in relation thereto.

_____    _____
Dated                                               United States District Judge