IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE : | |
| 100 Schuyler Road, Apartment 103 : | |
| Silver Spring, Maryland  20901 : | CASE NUMBER: 1:06CV00495 |
| : | |
| Plaintiff, : | JUDGE: Royce C. Lamberth |
| : | |
| v : | DOCK TYPE: Personal Injury/Malpractice |
| : | |
| RITE AID CORP., et al. : | DATE STAMP:  3/16/2006 |
| 30 Hunter Lane : | |
| Camp Hill, Pennsylvania 17011 : | |
| : | |
| Defendants. : | |

**MOTION FOR ENLARGEMENT OF TIME**

    COMES NOW the Plaintiff, Ashenazi Legesse, by and through counsel, Nigel L. Scott and respectfully requests this honorable Court to enlarge the time for filing a Response to the Defendants Motion to Dismiss in the above.  In support of this request Plaintiff states as follows:

    1.    That the subject Motion was hand-delivered to counsel's office on March 24, 2006, however, counsel did not receive notice of the filing and a copy of the Motion until Monday, March 27, 2006.

    2.    That due to the fact that counsel was involved in other matters during the week of the 27th, it was not possible to do the necessary research to file a timely response to the subject Motion.

    3.    That counsel requires a short extension of time to complete and file a response to the Motion to Dismiss.

    4.    That pursuant to Local Rule 7(m) counsel for the Defendant, Barbara Jordan, Esquire has been contacted, as required, her office advises that there is no objection to Plaintiff

having an Enlargement of Time until March 10, inclusive to file a response to the Motion to Dismiss.

WHEREFORE the premises considered, Defendant, through counsel, respectfully requests that he be granted an additional time, that is, through March 10, 2006 to file a response to the Motion to Dismiss.

Respectfully Submitted,

_____
Nigel L. Scott, Esquire
Bar No. 214494
SCOTT & YALLERY-ARTHUR
7306 Georgia Avenue, N.W.
Washington, D.C. 20012
(202) 882-5770
(202) 722-0040 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed, postage prepaid to Barbara L. Johnson, Esquire and Courtney Mueller, Esquire, at PAUL, HASTINGS, JANOFSKY & WALKER, LLP, 875 15th Street, N.W., Washington, D.C. 20005, this _____ day of _____, 2006.

_____
Nigel L. Scott, Esquire

H:\nigel\PI\LEGESSE Ashenafi\4-3-06 Motion for enlargement of time.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHENAZI LEGESSE | : | |
| 100 Schuyler Road, Apartment 103 | : | |
| Silver Spring, Maryland  20901 | : | CASE NUMBER: 1:0CV00495 |
| | : | |
| Plaintiff, | : | JUDGE: Royce C. Lamberth |
| | : | |
| v | : | DECK TYPE: Personal Injury/Malpractice |
| | : | |
| RITE AID CORP., et al. | : | DATE STAMP:   3/16/2006 |
| 30 Hunter Lane | : | |
| Camp Hill, Pennsylvania 17011 | : | |
| | : | |
| Defendants. | : | |

## POINTS AND AUTHORITIES

1.  The record of proceedings in the case to date.

2.  Local Rule 7(m).

3.  Counsel for the Plaintiff asserts that the issues presented by the Defendant in the Motion to Dismiss will be responded to fully and completely.

_____
Nigel L. Scott, Esquire
SCOTT & YALLERY-ARTHUR
7306 Georgia Avenue, N.W.
Washington, D.C.  20012
(202) 882-5770
(202) 722-0040 Fax

H:\nigel\PI\LEGESSE Ashenafi\4-3-06 Motion for enlargement of time.doc

Case 1:06-cv-00495-RCL    Document 8    Filed 04/04/2006    Page 4 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE<br>100 Schuyler Road, Apartment 103<br>Silver Spring, Maryland   20901<br><br>           Plaintiff,<br><br>v<br><br>RITE AID CORP., et al.<br>30 Hunter Lane<br>Camp Hill, Pennsylvania 17011<br><br>           Defendants. | CASE NUMBER: 1:0CV00495<br><br>JUDGE: Royce C. Lamberth<br><br>DECK TYPE: Personal Injury/Malpractice<br><br>DATE STAMP:   3/16/2006 |

## ORDER

UPON CONSIDERATION of the foregoing Motion for Enlargement of Time, it is this

_____ day of _____, 2006

ORDERED, that the Motion for Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that the Plaintiffs granted until March 10, 2006 to file a response to the Motion to dismiss, and it is

_____
JUDGE

Copies to:

Nigel L. Scott, Esquire
SCOTT & YALLERY-ARTHUR
7306 Georgia Avenue, N.W.
Washington, D.C.  20012

Barbara L. Johnson, Esquire
Courtney Mueller, Esquire
PAUL, HASTINGS, JANOFSKY & WALKER,
875 15TH Street, N.W.
Washington, D.C.  20005

H:\nigel\PI\LEGESSE Ashenafi\4-3-06 Motion for enlargement of time.doc