UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ASHENAZI LEGESSE,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-495 (RCL) |
| **RITE AID CORP.,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of plaintiff's Motion [8] for Enlargement of Time, the entire herein and for good cause shown, it is hereby

ORDERED that plaintiff's motion [8] is GRANTED; and is further

ORDERED that plaintiff shall file a response to the motion to dismiss by April 10, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, April 7, 2006.