IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE : | |
| 100 Schuyler Road, Apartment 103 : | |
| Silver Spring, Maryland  20901 : | CASE NUMBER: 1:0CV00495 |
| : | |
| Plaintiff, : | JUDGE: Royce C. Lamberth |
| : | |
| v : | DECK TYPE: Personal Injury/Malpractice |
| : | |
| RITE AID CORP., et al. : | DATE STAMP:   3/16/2006 |
| 30 Hunter Lane : | |
| Camp Hill, Pennsylvania 17011 : | |
| : | |
| Defendants. : | |

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW the Plaintiff, through Counsel and pursuant to Fed. R. Civ. Proc. 15(a) requests leave of this honorable Court to file Amended Complaint.  As reason therefore, Plaintiff states:

1.	That the Amended complaint sets forth facts and allegations that state a cause of action against the Defendant and supplements the filing of the original filing in the case.

2.	That the Amended Complaint is timely filed in accordance with Federal Rule and Local Rule.

Respectfully Submitted,

_____
Nigel L. Scott, Esquire
Bar No. 214494
SCOTT & YALLERY-ARTHUR
7306 Georgia Avenue, N.W.
Washington, D.C.  20012
(202) 882-5770
(202) 722-0040 Fax

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion For Leave to File Amend Complaint along with Memorandum of Points and Authorities and Order were mailed, postage prepaid to Barbara L. Johnson, Esquire and Courtney Mueller, Esquire, at PAUL, HASTINGS, JANOFSKY & WALKER, LLP, 875 15th Street, N.W., Washington, D.C.  20005, this \_\_\_\_\_ day of _____, 2006.

_____
Nigel L. Scott, Esquire

H:\nigel\PI\LEGESSE Ashenafi\4-10-2006 Motion for Leave to File Amended Complaint.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHENAZI LEGESSE | : | |
| | : | CASE NUMBER: 1:06CV00495 |
| Plaintiff, | : | JUDGE: Royce C. Lamberth |
| v | : | DOCK TYPE: Personal Injury/Malpractice |
| | : | |
| RITE AID CORP., et al. | : | DATE STAMP: 3/16/2006 |
| | : | |
| Defendants. | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES

1.   The record herein.

2.   Fed. R. Civ. Proc. 15(a)

 

_____
Nigel L. Scott, Esquire
Bar No. 214494
SCOTT & YALLERY-ARTHUR
7306 Georgia Avenue, N.W.
Washington, D.C.  20012
(202) 882-5770
(202) 722-0040 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHENAZI LEGESSE | : | |
| 100 Schuyler Road, Apartment 103 | : | |
| Silver Spring, Maryland   20901 | : | CASE NUMBER: 1:0CV00495 |
| | : | |
| Plaintiff, | : | JUDGE: Royce C. Lamberth |
| | : | |
| v | : | DECK TYPE: Personal Injury/Malpractice |
| | : | |
| RITE AID CORP., et al. | : | DATE STAMP:   3/16/2006 |
| 30 Hunter Lane | : | |
| Camp Hill, Pennsylvania 17011 | : | |
| | : | |
| Defendants. | : | |

<u>ORDER</u>

UPON CONSIDERATION of the foregoing Motion for Leave to File Amend Complaint,

it is this _____ day of _____, 2006

ORDERED, that the Motion for Leave to File Amended Complaint is GRANTED.


_____
JUDGE


Copies to:

Nigel L. Scott, Esquire
SCOTT & YALLERY-ARTHUR
7306 Georgia Avenue, N.W.
Washington, D.C.  20012

Barbara L. Johnson, Esquire
Courtney Mueller, Esquire
PAUL, HASTINGS, JANOFSKY & WALKER,
875 15TH Street, N.W.
Washington, D.C.  20005

H:\nigel\PI\LEGESSE Ashenafi\4-10-2006 Motion for Leave to File Amended Complaint.doc