IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE,            )<br>                              )<br>    Plaintiff,               )<br>                              )<br>    v.                        )   Civil Action No. 1:06-CV-00495<br>                              )<br>RITE AID CORPORATION, *et al.*, )<br>                              )<br>    Defendants.               )<br>                              )<br>                              ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, Rite Aid Corporation, by and through counsel respectfully requests that this Court grant its Motion for Enlargement of Time in which to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. In support of this Motion, Defendant states the following:

1. Defendant timely filed a Motion to Dismiss Plaintiff's Complaint on March 23, 2006.

2. On April 4, 2006, Plaintiff filed a Motion for Enlargement of Time, requesting that Plaintiff be granted additional time to file an Opposition to Defendant's Motion to Dismiss.

3. This Court granted Plaintiff's Motion for Enlargement of Time, allowing Plaintiff until April 10, 2006 to file an Opposition to Defendant's Motion to Dismiss.

4. Plaintiff filed an Opposition to Defendant's Motion to Dismiss on April 10, 2006.

5. Counsel for the Defendant received notice of Plaintiff's Opposition to Defendant's Motion to Dismiss on April 11, 2006 via this Court's ECF system.

6. In accordance with LCvR 7(d), Defendant is allowed five (5) days to file a reply memorandum in response to Plaintiff's Opposition to Defendant's Motion to Dismiss.

7. Counsel needs additional time to adequately review the numerous factual contentions raised for the first time in Plaintiff's Opposition to Defendant's Motion to Dismiss.

8. In accordance with LCvR 7(m), counsel for Defendant contacted Mr. Nigel Scott, counsel for the Plaintiff, on April 14, 2006. Plaintiff's counsel has no objection to enlarging the time in which Defendant may respond to Plaintiff's Opposition to Defendant's Motion to Dismiss. Plaintiff's counsel has agreed to an enlargement of time until April 24, 2006.

Defendant, by and through counsel, respectfully requests that this Court grant this Motion for Enlargement of Time, allowing Defendant until April 24, 2006 to file its reply memorandum to Plaintiff's Opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

   /s/ Barbara L. Johnson

Barbara L. Johnson (D.C. Bar # 480189)
Courtney Mueller (D.C. Bar # 489134)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendant
Rite Aid Corporation

Dated: April 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-CV-00495 |
| | ) |
| RITE AID CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**POINTS AND AUTHORITIES**

1. The record of the proceedings in this matter to date.

2. LCvR 7(m)

3. Defendant's counsel asserts that the issues presented in Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint will be responded to fully and completely.

Respectfully submitted,

   /s/ Barbara L. Johnson

Barbara L. Johnson (D.C. Bar # 480189)
Courtney Mueller (D.C. Bar # 489134)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendant
Rite Aid Corporation

Dated: April 14, 2006

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 14th day of April, 2006, I electronically transmitted the foregoing Defendant Rite Aid's Motion for Enlargement of Time and Proposed Order via this Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

        Nigel L. Scott
        Scott & Yallery-Arthur
        7306 Georgia Avenue, N.W.
        Washington, D.C. 20012
        (202) 882-5770 (telephone)
        (202) 772-0040 (facsimile)

        Counsel for Plaintiff

                      /s/ Barbara L. Johnson
                      Barbara L. Johnson