IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-CV-00495 |
| RITE AID CORPORATION, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the foregoing Motion for Enlargement of Time, it is this

___ day of April, 2006

ORDERED that the Defendant's Motion for Enlargement of Time is GRANTED.

_____
Judge

Copies to:

| | |
|---|---|
| Nigel L. Scott | Barbara L. Johnson, Esq. |
| Scott & Yallery-Arthur | Courtney Mueller, Esq. |
| 7306 Georgia Avenue, N.W. | PAUL, HASTINGS, JANOFSKY & WALKER, LLP |
| Washington, D.C.  20012 | 875 Fifteenth Street, N.W. |
| | Washington, D.C.  20005 |