UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RITE AID CORP., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-495 (RCL) |

## ORDER

Upon consideration of the Motion [12] for Enlargement of Time filed by Rite Aid Corporation, it is hereby

ORDERED that the Defendant's Motion for Enlargement of Time is GRANTED; and a reply may be filed by April 24, 2006, to plaintiff's opposition to Rite Aid's motion to dismiss.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, April 21, 2006.