UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ASHENAZI LEGESSE,** | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-495 (RCL) |
| **RITE AID CORP.,** *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Plaintiff's motion [11] for leave to file Amended Complaint is GRANTED, and the Amended Complaint lodged with the motion shall be filed this date.

Defendant's motion [7] to dismiss the original Complaint is DENIED AS MOOT, without prejudice to renewal as appropriate as to the Amended Complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 15, 2006.