IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASHENAZI LEGESSE,                )
                                 )
Plaintiff,                       )
                                 )
v.                               )   Civil Action No. 1:06-CV-00495
                                 )
RITE AID CORPORATION, *et al.*,  )
                                 )
Defendants.                      )
                                 )
                                 )

## ORDER

This matter comes before this Court on the Motion of the Defendant, Rite Aid Corporation. Having considered Defendant Rite Aid's Partial Motion to Dismiss Plaintiff's Amended Complaint and Supporting Memorandum of Law, and the Plaintiff's Opposition thereto, this Court hereby GRANTS the Partial Motion to Dismiss WITH PREJUDICE and further ORDERS that each party is to bear its own costs and attorneys' fees in relation thereto.

_____    _____
Dated                    United States District Judge