IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE | : |
| Plaintiff, | : |
| v. | : CASE NUMBER: 1:06CV00495 |
| RITE AID, et al. | : |
| Defendants. | : |

## PRAECIPE

Defendant Rite Aid, Inc., by and through counsel, submits the attached proposed Order to its Partial Motion to Dismiss Plaintiff's Amended Complaint ("the Motion") (Docket. No. 18), which was inadvertently filed separately immediately following the filing of the Motion.

Respectfully submitted,

/s/
Barbara L. Johnson (Bar No. 480189)
Courtney R. Mueller (DC Bar No. 489134)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
875 15th Street, NY
Washington, D.C. 20005
Telephone: (202) 551-1700
Fax: (202) 551-1705

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2006, I electronically transmitted the foregoing Praecipe via this Court's CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

>Nigel L. Scott
>Scott & Yallery-Arthur
>7306 Georgia Avenue, N.W.
>Washington, DC 20012
>Phone: (202) 882-5770
>Fax: (202) 772-0040
>
>Counsel for Plaintiff

/s/
Barbara L. Johnson

LEGAL_US_E # 73529997.1