UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASHENAZI LEGESSE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-00495 (RCL) |
| RITE AID CORP., et al. | ) |
| Defendants. | ) |

## ORDER

In accord with the Memorandum Opinion issued this date, it is hereby

ORDERED that defendant Rite Aid's partial motion [18] to dismiss is GRANTED and Counts II and V of the Amended Complaint [11] are hereby DISMISSED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.