IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHENAZI LEGESSE | : | |
| | : | |
| Plaintiff | : | CASE NUMBER: 1:06CV00495 |
| | : | |
| | : | JUDGE: Royce C. Lamberth |
| | : | |
| v | : | DOCK TYPE: Personal Injury/Malpractice |
| | : | |
| RITE AID CORP., et al. | : | DATE STAMP:  3/16/2006 |
| | : | |
| Defendants. | : | |

## JOINT CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE SCHEDULING ORDER

The Parties, by and through counsel, respectfully request this honorable Court to enlarge the time to file their Rule 16, Scheduling Order that was due to be filed on or before May 18, 2007. The Parties request that they be granted until June 23, 2007 to file the subject Scheduling Order.  In support of the request the Parties state as follows:

1. That pursuant to the Court's Order the Parties met, conferred and reached an agreement on the issues needed for filing the Scheduling Order with the Court.

2. That in addition to discussing the terms of the Scheduling Order, the Parties also discussed a possible settlement of the case.

3. That based upon the settlement discussions, counsel believes that the prospects for settlement of the case are good.

4. That counsel believes that it would be in the best interest of the parties if they were given additional time to discuss the issues and attempt to settle the case.

5. That Counsel believes that good cause exist to extend the date for filing the Pretrial Scheduling Order from May 18, 2007 to June 23, 2007.

WHEREFORE the premises considered, the Parties, through counsel, respectfully request that they be granted additional time, through, June 23, 2007, to file the Pretrial Scheduling Order.

Respectfully Submitted,

_____
Nigel L. Scott, Esquire
Bar No. 214494
SCOTT & YALLERY-ARTHUR
7306 Georgia Avenue, N.W.
Washington, D.C. 20012
(202) 882-5770
(202) 722-0040 Fax

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was served electronically to Barbara Johnson, Esquire and Courtney Mueller, Esquire, at PAUL, HASTINGS, JANOFSKY & WALKER, LLP, 875 15th Street, N.W., Washington, D.C. 20005, this _____ day of _____, 2006.

_____
Nigel L. Scott, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHENAZI LEGESSE | : | |
| | : | |
| Plaintiff | : | CASE NUMBER: 1:0CV00495 |
| | : | JUDGE: Royce C. Lamberth |
| | : | |
| v | : | DECK TYPE: Personal Injury/Malpractice |
| | : | |
| RITE AID CORP., et al. | : | DATE STAMP:   3/16/2006 |
| | : | |
| Defendants. | : | |

## POINTS AND AUTHORITIES

1. The record of proceedings in the case to date.

2. Local Rule 7(m).

 

        _____
        Nigel L. Scott, Esquire
        SCOTT & YALLERY-ARTHUR
        7306 Georgia Avenue, N.W.
        Washington, D.C.  20012
        (202) 882-5770
        (202) 722-0040 Fax

H:\nigel\PI\LEGESSE Ashenafi\12-12-06 Motion for enlargement of time.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHENAZI LEGESSE | : | |
| Plaintiff | : | CASE NUMBER: 1:0CV00495 |
| | : | |
| | : | JUDGE: Royce C. Lamberth |
| | : | |
| v | : | DECK TYPE: Personal Injury/Malpractice |
| | : | |
| RITE AID CORP., et al. | : | DATE STAMP:  3/16/2006 |
| | : | |
| Defendants. | : | |

<u>ORDER</u>

UPON CONSIDERATION of the foregoing Motion for Enlargement of Time, it is this _____ day of _____, 2006

ORDERED, that the Motion for Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that the Parties granted until June 23, 2007 to file their Pretrial Scheduling Order with the Court.

_____
JUDGE

Copies to:

Nigel L. Scott, Esquire
SCOTT & YALLERY-ARTHUR
7306 Georgia Avenue, N.W.
Washington, D.C.  20012

Barbara L. Johnson, Esquire
Courtney Mueller, Esquire
PAUL, HASTINGS, JANOFSKY & WALKER,
875 15TH Street, N.W.
Washington, D.C.  20005

H:\nigel\PI\LEGESSE Ashenafi\12-12-06 Motion for enlargement of time.doc