UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASHENAZI LEGESSE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-495 (RCL) |
| ) | |
| **RITE AID CORP.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the motion [26] for enlargement of time, it is hereby

ORDERED that the motion [26] for enlargement of time is GRANTED; and it is further

ORDERED that the parties are granted until June 23, 2007, to file their Pretrial Scheduling Order with the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 23, 2007.