# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHENAZI LEGESSE,<br>   Plaintiff,<br><br>v.<br><br>RITE AID CORP, et al.,<br>   Defendants. | Civil Action No. 06-CV-00495 (RCL) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ashenazi Legesse, by and through his undersigned counsel, hereby stipulates and agrees to dismiss this action in its entirety, with prejudice, each side to bear its own costs.

Dated: November 26, 2007.

Respectfully submitted,

LAW OFFICES OF SCOTT & YALLERY-ARTHUR

By: _____
Nigel Scott
7306 Georgia Avenue, N.W.
Washington, D.C. 20012
(202) 882-5770

*Attorney for Ashenazi Legesse*

PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____
Barbara L. Johnson
Courtney Mueller
875 15th Street, N.W.
Washington, D.C. 20004
(202) 551-1788

*Attorney for Defendant
Rite Aid Corporation*

SO ORDERED:

_____
HON. ROYCE C. LAMBERTH
United States District Judge